UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHERYL KISSLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:11-CV-01063-SI<br><br><br>ORDER FOR MOTION TO DISMISS<br>PLAINTIFF'S COMPLAINT |

　　　　Based on the Stipulated Motion to Dismiss and the facts and the law supporting this relief that are set forth in the memorandum supporting this motion, it is hereby ORDERED that Plaintiff's Complaint is DISMISSED.

　　　　IT IS SO ORDERED this __15th__ day of __June__, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2143