UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHERYL KISSLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:11-CV-01063-SI<br><br><br>ORDER FOR MOTION TO DISMISS<br>PLAINTIFF'S COMPLAINT |

Based on the Stipulated Motion to Dismiss and the facts and the law supporting this relief that are set forth in the memorandum supporting this motion, it is hereby ORDERED that Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED this  15th  day of  June , 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2143

Page 1   ORDER FOR MOTION TO DISMISS PLAINTIFF'S COMPLAINT - [3:11-CV-01063-SI]